UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES PHILIP DOUGLAS,<br><br>                    Petitioner,<br><br>  v.<br><br>ROBERT S. MASKO,<br><br>                    Respondent. | No. C09-5439 RJB/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

      Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to Petitioner.

      DATED this  18th  day of September, 2009.

                                                    Karen L. Strombom
                                                    United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1