**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JAMES PHILIP DOUGLAS,<br><br>                      Petitioner,<br><br>  v.<br><br>ROBERT S. MASKO,<br><br>                      Respondent. | NO. C09-5439 RJB/KLS<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE |

      The court, having reviewed Petitioner's Motion for a forty-five day extension of time (Dkt. 10) to file an amended habeas petition or to show cause pursuant to the court's Order dated September 21, 2009 (Dkt. 7), and balance of the record, does hereby **ORDER:**

      1.     Petitioner's motion for an extension of time (Dkt. 15) is **GRANTED.** Petitioner shall file his response **on or before December 4, 2009.**

      2.     The Clerk shall send a copy of this Order to Petitioner.

      **DATED** this   27th   day of October, 2009.

                                                            Karen L. Strombom
                                                           United States Magistrate Judge