1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILIP DOUGLAS,

                        Petitioner,

        v.

ROBERT S. MASKO,

                        Respondent.

No. C09-5439 RJB/KLS

ORDER FOR SERVICE AND
RETURN § 2254 PETITION

    (1)    The Clerk shall arrange for service by certified mail upon Respondent, a copy of

the Amended Petition (Dkt. 12), of all documents in support thereof, and of this Order.  All costs

of service shall be advanced by the United States.  The Clerk shall assemble the necessary

documents to effect service.  The Clerk shall send Petitioner a copy of this Order, and the

General Order.  The Clerk will also send a courtesy copy of the Petition to the Pierce County

Prosecutor's Office.

    (2)    Within forty-five (45) days after such service, Respondent shall file and serve an

answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District

Courts.  As part of such answer, Respondent should state whether Petitioner has exhausted

available state remedies, whether an evidentiary hearing is necessary, and whether there is any

issue of abuse of delay under Rule 9.  Respondent shall not file a dispositive motion in place of

an answer without first showing cause as to why an answer is inadequate.  Respondent shall file

the answer with the Clerk of Court and serve a copy of the answer upon Petitioner.

ORDER FOR SERVICE AND RETURN § 2254 PETITION - 1

1

(3)     The answer will be treated in accordance with Local Rule CR 7.  Accordingly,

2

upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday

3

after the answer is filed, Petitioner may file and serve a response not later than on the Monday

4

immediately preceding the Friday appointed for consideration of the matter, and Respondent

5

6

may file and serve a reply brief not later than the Friday designated for consideration of the

7

matter.

8

DATED at Tacoma, Washington this  2nd  day of December, 2009.

9

10

11

Karen L. Strombom
United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR SERVICE AND RETURN § 2254 PETITION - 2