UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES PHILLIP DOUGLAS,<br><br>Petitioner,<br><br>v.<br><br>ROBERT S. MASKO,<br><br>Respondent. | No. C09-5439 RJB/KLS<br><br>ORDER DIRECTING ANSWER |

Mr. Douglas filed his Amended Petition on November 27, 2009. Dkt. 12. The court directed service of the petition on Respondent on December 2, 2009. Dkt. 13. Respondent received the petition on December 7, 2009. Dkt. 14. In accordance with Rule 5 of the Rules Governing § 2254 Cases, Respondent is to file and serve an answer within forty-five days after such service. *Id.* Respondent has not yet done so.

Accordingly, it is **ORDERED:**

(1) Respondent shall file and serve his answer on or before **May 7, 2010**.

(2) The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 23rd day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1