# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES PHILIP DOUGLAS,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>ROBERT S. MASKO,<br><br>　　　　　　　Respondents. | NO. C09-5439 RJB/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER |

The Court, having considered Respondent's motion for an extension of time, the Declaration of Kathleen Proctor, and the records and files herein, does hereby find and ORDER:

1. Respondent's motion for an extension of time to May 10, 2010, to file an answer to the petition for a writ of habeas corpus is **GRANTED**.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this __26th__ day of May, 2010.

　　　　　　　　　　　　　　　　　　　*Karen L. Strombom*
　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER　　　　　　1