**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

JAMES PHILIP DOUGLAS,

                Petitioner,

  v.

ROBERT S. MASKO,

                Respondent.

NO. C09-5439 RJB/KLS

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE REPLY

Before the Court is Petitioner's Motion for Extension of Time. Dkt. 32. Petitioner seeks a three week extension of time, until June 25, 2010, to file his reply to Respondent's Answer and Memorandum of Authorities. *Id.* Having reviewed the motion and balance of the record, the court **ORDERS:**

    1.    Petitioner's motion for an extension of time to file his reply to Respondent's Answer (Dkt. 32) is **GRANTED.** Petitioner shall file his reply **on or before June 25, 2010.**

    2.    The Clerk shall **renote** Petitioner's habeas petition for **June 25, 2010.**

    3.    The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  15th  day of June, 2010.

                                          Karen L. Strombom
                                          United States Magistrate Judge