# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES PHILIP DOUGLAS

v.

ROBERT MASKO

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5439 RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's objections (Dkts. 43, 56) are **OVERRULED**;

The Court **ADOPTS** the Report and Recommendation (Dkt. 39);

Petitioner's claims are not exhausted and are **DISMISSED WITHOUT PREJUDICE**;

The Clerk is directed to substitute the Respondent as Martha Karr; and

Petitioner's motion to add or update respondents (Dkt. 50) is **STRICKEN AS MOOT.**

| | |
|---|---|
| November 30, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |